STEVEN T. GUBNER – Bar No. 156593
MICHAEL P. WEISBERG – Bar No. 150171
BRUTZKUS GUBNER
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: sgubner@bg.law
       mweisberg@bg.law

Attorneys for Petitioning Creditors

**FILED & ENTERED**

**APR 07 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** johnson **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GHBW,<br><br>              Alleged Debtor. | Case No. 2:21-bk-11300-VZ<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION FOR ENTRY OF AN ORDER FOR RELIEF**<br><br>**Status Conference:**<br>**Date:**   April 22, 2021<br>**Time:**   10:00 a.m.<br>**Place:**  Courtroom 1368<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

The Court having considered the *Stipulation for Entry of an Order for Relief* filed herein [*Docket No.* _7_] (the "Stipulation"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Stipulation is approved. The Court will separately enter an Order for Relief under Chapter 7 of the United States Bankruptcy Code (Title 11 of the United States Code) in this matter.

### #

Date: April 7, 2021

Vincent P. Zurzolo
United States Bankruptcy Judge